

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2022

No. 04-22-00342-CV

**IN RE** Elizabeth Ann **MCGARRAUGH**

Original Proceeding[1]

**ORDER**

After considering the petition, the record, and real party in interest's response, this court concludes relator did not show she is entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). The stay imposed on June 14, 2022 is **LIFTED**.

It is so **ORDERED** on August 3, 2022.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of August, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020CI01792, styled *In the Interest of A.K.M. and G.M.M.*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.